ROBERT I. BUCHHOLZ, Respondent, *v.* UNITED STATES FIRE INSURANCE COMPANY, Appellant.

Argued November 21, 1950; decided January 11, 1951.

*David A. Ticktin, Abraham Kaplan* and *Robert Fishbein* for appellant.

*Robert Nelson Shiverts* and *Frank A. Rossini* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.